IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CALANDRA A. SMITH, | ) |
| Plaintiff, | ) |
| v. | ) No. 7:22-CV-00058-BO |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Commissioner's unopposed motion to appear by video or telephone conference, which is currently scheduled for June 21, 2023 at 11:00 A.M., it is hereby ORDERED that the motion is GRANTED.

_____
Hon. Terrence W. Boyle
United States District Court Judge

1