UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CALANDRA A. SMITH, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **JUDGMENT** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) ) | 7:22-CV-58-BO |
| Defendant. | ) ) ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the decision of the Commissioner is therefore AFFIRMED. Plaintiff's motion for summary judgment [DE 18] is DENIED and defendant's motion for judgment on the pleadings [DE 20] is GRANTED.

This case is closed.

**This judgment filed and entered on July 17, 2023, and served on:**
Jonathan Miller (via CM/ECF NEF)
David Mervis (via CM/ECF NEF)
Samantha Zeiler (via CM/ECF NEF)

July 17, 2023

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk